SEP 17 2026 PM3:49
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-296-RAL-LSG
8 U.S.C. § 1326(a)
(Illegal Re-Entry by Removed Alien)

TOMAS CALIXTO MENDOZA

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Illegal Re-Entry by Removed Alien)**

On or about November 20, 2024, in the Middle District of Florida, the defendant,

TOMAS CALIXTO MENDOZA,

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about September 30, 2009, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
Mark E. Andreu
Assistant United States Attorney

By: ______________________
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Racketeering

FORM OBD-34
September 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

TOMAS CALIXTO MENDOZA

INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

[redacted]

Filed in open court this 17th day

of September, 2026.

AMANDA CRAIG
Clerk

Bail $____________________

GPO 863 525